**Charles R. JORDAN, Petitioner,**

v.

**DEPARTMENT OF LABOR,**
**Respondent.**

No. 01–3349.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2002.

Before RADER, Circuit Judge,
ARCHER, Senior Circuit Judge, and
SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*AFFIRMED. See* Fed. Cir. R. 36.